UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WILLIAM GENE PARSON,**

    Petitioner,

v.                                       Case No. 8:22-cv-117-MSS-TGW

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    Respondent.
_____/

**O R D E R**

    Parson, a prisoner serving a sentence for state court convictions, moves (Doc. 1) for compassionate release under 18 U.S.C. § 3582(c)(1)(A). He is serving a nine-month sentence in Pinellas County Jail, will be released in 90 days, suffers from high blood pressure, high cholesterol, and a degenerative spinal condition, and asks for early release because of the risk of COVID-19 in jail. (Doc. 1 at 2, 4) Judicially noticed records from state court show that Parson pleaded guilty to felony battery, petit theft, and resisting arrest without violence. *State v. Parson*, Nos. 21-3384-CF and 21-8535-CF (Fla. 6th Jud. Cir.). On January 20, 2022, the state court granted Parson's motion for compassionate release and ordered Parson's release. Order, *id.* (Jan. 20, 2022).

    Because the Court lacks jurisdiction to grant compassionate release to a prisoner serving a sentence for a state court conviction and the state court granted Parson compassionate release, the Court **DISMISSES** the motion (Doc. 1) for lack of jurisdiction and as moot. The Clerk is **DIRECTED** to **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on January 27, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE